UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY SCHUYLER, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CRAWFORD RESTAURANT GROUP, LLC, RALPH CRAWFORD d/b/a RALPH CRAWFORD ENTERPRISES, and MCDONALD'S CORPORATION<br><br>      Defendants. | Civil Action No. 5:13-CV-521 [NAM/ATB] |

## NOTICE OF MOTION

To:  **MORGAN, LEWIS & BOCKIUS, LLP**
      Michael J. Puma
      Cailin Heilig
      1701 Market Street
      Philadelphia, PA 19103-2921
      (Counsel for McDonald's)

**PLEASE TAKE NOTICE,** that the undersigned Parties will make a Motion as follows:

**DATE, PLACE AND TIME OF MOTION:** December 9, 2014 at 10:30 am at the United States Courthouse in Syracuse, New York or as soon thereafter as counsel can be heard **(Leave has been granted for all Parties to appear by telephone (D. 65)).**

**TYPE OF MOTION:** The undersigned counsel seek approval of their Joint Motion for Final Approval of Class Action Settlement.

Dated: November 24, 2014                                         Respectfully submitted,


s/ Ryan M. Finn                                                              s/ Joel W. Rice

**HACKER MURPHY LLP**                                   **FISHER & PHILLIPS, LLP**
James Hacker                                                              Joel W. Rice
Ryan M. Finn                                                               Jason D Keck
7 Airport Park Blvd.                                                    10 South Wacker Drive, Suite 3450
Latham, NY 12110                                                      Chicago, Illinois 60606
(t) 518.213.3710                                                          (t) 312.346.8061

FPDOCS 30264534.1

(Counsel for Plaintiff)                                     (Counsel for Crawford Restaurant Group, LLC, Ralph Crawford d/b/a Ralph Crawford Enterprises)

FPDOCS 30264534.1

FPDOCS 30264534.1